**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JORGE NOYOLA RIANO**                    **CIVIL ACTION 3:26-CV-0745 SEC. P**

**VERSUS**                                **JUDGE ALEXANDER VAN HOOK**

**WARDEN JACKSON PARISH**                 **MAGISTRATE JUDGE HORNSBY**
**CORRECTIONAL CENTER, ET AL.**

**O R D E R**

On March 10, 2026, a **MOTION TO APPEAR** *PRO HAC VICE* was filed by Jorge

Noyola Riano. (Doc. No. 2) No proposed order on a separate page accompanied this motion as

required by **LR7.3.** Mover was notified of this deficiency on March 25, 2026, but he has failed to

correct it.

Accordingly,

**IT IS ORDERED** that the **MOTION TO APPEAR** *PRO HAC VICE* (Doc. No. 2) filed

by Jorge Noyola Riano on March 10, 2026, be and is hereby stricken from the record.

Shreveport, Louisiana, this __10th__ day of April 2026.

_____
**MARK L. HORNSBY**
**UNITED STATES MAGISTRATE JUDGE**