# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **JORGE NOYOLA RIANO** | **CIVIL DOCKET NO. 3:26-CV-745** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **WARDEN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the court is a petition for writ of <u>habeas</u> <u>corpus</u> filed on behalf of Jorge Noyola Riano, ("Petitioner"), pursuant to 28 U.S.C. §2241.  Petitioner is a native and citizen of Mexico who seeks release from detention.

This petition was filed on behalf of Petitioner by Carlos Rodrigo Munoz.  On April 10, 2026, Munoz's Motion to Appear Pro Hac Vice was stricken from the record. According to the ICE detainee locator service,[1]  Petitioner is no longer detained and has either been deported or released.

Accordingly;

**IT IS ORDERED** that Petitioner confirm whether he wishes to proceed with this petition and that he is currently in ICE custody by **July 6, 2026**.

The Clerk of Court is directed to send this Order to Petitioner at the Jackson Parish Correctional Center in Jonesboro, Louisiana.

---

[1] https://locator.ice.gov/odls/#/search

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this the 18th

day of June 2026.

Mark L. Hornsby
U.S. Magistrate Judge