**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| JORGE NOYOLA RIANO | CIVIL ACTION NO. 26-0745 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN, JACKSON PARISH CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

The Court having reviewed the Report and Recommendation of the Magistrate Judge, with no objections having been filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus, Record Document 1, filed by petitioner Jorge Noyola Riano, is **DISMISSED WITHOUT PREJUDICE,** for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE AND SIGNED** at Shreveport, Louisiana, this 23rd day of October, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE